UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

CYNTHIA T. JACKSON, Individually and as  :
the Executrix of the Estate of MICHAEL G.
JACKSON, Deceased.                       :

                                                                                               :   Case No. 08-CV-3832 (JES)
                            Plaintiffs

                                                                                              :    (ECF)
          vs.

PFIZER INC.

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## DEFENDANT PFIZER INC.'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrates of this Court to evaluate possible disqualification or recusal, Defendant Pfizer Inc. (hereinafter "Pfizer"), by its undersigned counsel, certifies that Pfizer has no corporate parent and that no publically held company owns 10% or more of Pfizer's stock.

Respectfully submitted,

Dated: May 16, 2008

s/ Lori B. Leskin
Lori B. Leskin (LL-7115)
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York
(212) 836-8000