

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 2 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# 6

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 5 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION



IN RE: VIAGRA PRODUCTS LIABILITY LITIGATION          MDL No. 1724

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-21)**

On January 26, 2006, the Panel transferred six civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 414 F.Supp.2d 1357 (J.P.M.L. 2006). Since that time, 51 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Paul A. Magnuson.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Magnuson.

Pursuant to Rule 7.4 of the <ins>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</ins>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of January 26, 2006, and, with the consent of that court, assigned to the Honorable Paul A. Magnuson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY 2 1 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# IN RE: VIAGRA PRODUCTS LIABILITY LITIGATION   MDL No. 1724

## SCHEDULE CTO-21 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**     **CASE CAPTION**

NEW YORK SOUTHERN
NYS 1 08-3832    Cynthia T. Jackson, etc. v. Pfizer Inc.   08-1436
NYS 1 08-3833    Charles A. Buie, et al. v. Pfizer Inc.   08-1437
NYS 1 08-3835    William Gurney, et al. v. Pfizer Inc.   08-1438
NYS 1 08-3854    Michael Anthony Januszewski, et al. v. Pfizer Inc.   08-1439
NYS 1 08-3855    David Jeffrey Mourick, et al. v. Pfizer Inc.   08-1440



| | | |
|---|---|---|
| Antonia Espinell/NYSD/02/USCOURTS<br>05/29/2008 08:59 AM | To | Lourdes Aquino/NYSD/02/USCOURTS@USCOURTS, Jenny Horne/NYSD/02/USCOURTS@USCOURTS, Maribel Becerra/NYSD/02/USCOURTS@USCOURTS, Roberto |
| | cc | |
| | bcc | |
| | Subject | Fw: MDL 1724 - Viagra Products Liability Litigation - CTO-21 |

----- Forwarded by Antonia Espinell/NYSD/02/USCOURTS on 05/29/2008 08:59 AM -----

| | | |
|---|---|---|
| Phyllis Adamik/NYSD/02/USCOURTS<br>05/29/2008 08:58 AM | To | Antonia Espinell/NYSD/02/USCOURTS@USCOURTS |
| | cc | |
| | Subject | Fw: MDL 1724 - Viagra Products Liability Litigation - CTO-21 |

FYI, See below 5 cases going to District of Minnesota, stamp todays date 5/29/2008
----- Forwarded by Phyllis Adamik/NYSD/02/USCOURTS on 05/29/2008 08:56 AM -----

| | | |
|---|---|---|
| JMichael McMahon/NYSD/02/USCOURTS<br>05/28/2008 04:49 PM | To | Dorothy Guranich/NYSD/02/USCOURTS@USCOURTS, Phyllis Adamik/NYSD/02/USCOURTS@USCOURTS, Martine Jocelyn/NYSD/02/USCOURTS@USCOURTS, Richard Wilson/NYSD/02/USCOURTS@USCOURTS |
| | cc | Joe LaMura/NYSD/02/USCOURTS@USCOURTS |
| | Subject | Fw: MDL 1724 - Viagra Products Liability Litigation - CTO-21 |

FYI
----- Forwarded by JMichael McMahon/NYSD/02/USCOURTS on 05/28/2008 04:44 PM -----



| | | |
|---|---|---|
| Mary Kaye Conery/MND/08/USCOURTS<br>05/28/2008 04:38 PM | To | JMichael McMahon/NYSD/02/USCOURTS@USCOURTS |
| | cc | PANELMDL/DCA/JPML/USCOURTS@USCOURTS |
| | Subject | Re: MDL 1724 - Viagra Products Liability Litigation - CTO-21 |

Re: MDL 1724 - Viagra Products Liability Litigation - CTO-21

**Transfer of Civil Cases**
Cynthia T. Jackson v. Pfizer., C.A. No. 1:08-3832    MN No. 08-1436 PAM
Charles A. Buie v. Pfizer., C.A. No.1:08-3833    MN No. 08-1437 PAM
William Gurney v. Pfizer., C.A. No. 1:08-3835    MN No. 08-1438 PAM
Michael A. Januszewski v Pfizer., C.A. No 1:08-3854    MN No. 08-1439 PAM
David Jeffrey Mourick v. Pfizer, C.A. No. 1:08-3855    MN No. 08-1440 PAM

Attached is a certified copy of the Conditional Transfer Order of the Judicial Panel on
Multidistrict Litigation directing the transfer of the above referenced civil action(s) to the

District of Minnesota pursuant to 28 U.S.C. § 1407.   Judge Paul A. Magnuson  is presiding over this litigation.

When the case(s) have been closed in your District please follow these procedures:
1. Initiate the civil case transfer functionality in CM/ECF:  **Extract Civil Case**
2. When prompted to select the Court choose **Minnesota**.
3. In Remarks, please indicate who the contact person is in your court regarding this case.

**Please Note**:  After competing this process the NEF screen will display the following message:  Sending e-mail to InterdistrictTransfer MND@mnd.uscourts.gov.  If the message is not displayed we have not received notice.

We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail.  If your court does not utilize the CM/ECF transfer functionality please contact the clerks at the following email addresses and documents will be retrieved using the courts pacer account:

Mary_Kaye_Conery@mnd.uscourts.gov
JoAnn Hoadley@mnd.uscourts.gov

If you have any questions, please call Mary Kaye Conery at 612-664-5004.


Mary Kaye Conery
Civil Supervisor


CTO-21.pdf



| | | |
|---|---|---|
| Antonia Espinell/NYSD/02/USCOURTS 05/29/2008 08:59 AM | To | Lourdes Aquino/NYSD/02/USCOURTS@USCOURTS, Jenny Horne/NYSD/02/USCOURTS@USCOURTS, Maribel Becerra/NYSD/02/USCOURTS@USCOURTS, Roberto |
| | cc | |
| | bcc | |
| | Subject | Fw: MDL 1724 - Viagra Products Liability Litigation - CTO-21 |

----- Forwarded by Antonia Espinell/NYSD/02/USCOURTS on 05/29/2008 08:59 AM -----

| | | |
|---|---|---|
| Phyllis Adamik/NYSD/02/USCOURTS 05/29/2008 08:58 AM | To | Antonia Espinell/NYSD/02/USCOURTS@USCOURTS |
| | cc | |
| | Subject | Fw: MDL 1724 - Viagra Products Liability Litigation - CTO-21 |

FYI, See below 5 cases going to District of Minnesota, stamp todays date 5/29/2008
----- Forwarded by Phyllis Adamik/NYSD/02/USCOURTS on 05/29/2008 08:56 AM -----

| | | |
|---|---|---|
| JMichael McMahon/NYSD/02/USCOURTS 05/28/2008 04:49 PM | To | Dorothy Guranich/NYSD/02/USCOURTS@USCOURTS, Phyllis Adamik/NYSD/02/USCOURTS@USCOURTS, Martine Jocelyn/NYSD/02/USCOURTS@USCOURTS, Richard Wilson/NYSD/02/USCOURTS@USCOURTS |
| | cc | Joe LaMura/NYSD/02/USCOURTS@USCOURTS |
| | Subject | Fw: MDL 1724 - Viagra Products Liability Litigation - CTO-21 |

FYI
----- Forwarded by JMichael McMahon/NYSD/02/USCOURTS on 05/28/2008 04:44 PM -----



| | | |
|---|---|---|
| Mary Kaye Conery/MND/08/USCOURTS 05/28/2008 04:38 PM | To | JMichael McMahon/NYSD/02/USCOURTS@USCOURTS |
| | cc | PANELMDL/DCA/JPML/USCOURTS@USCOURTS |
| | Subject | Re: MDL 1724 - Viagra Products Liability Litigation - CTO-21 |

Re: MDL 1724 - Viagra Products Liability Litigation - CTO-21

**Transfer of Civil Cases**
Cynthia T. Jackson v. Pfizer., C.A. No. 1:08-3832    MN No. <u>08-1436 PAM</u>
Charles A.Buie v. Pfizer., C.A. No.1:08-3833   MN No.  <u>08-1437 PAM</u>
William Gurney v. Pfizer.,  C.A. No. 1:08-3835  <u>MN No. 08-1438 PAM</u>
Michael A. Januszewski v Pfizer.,  C.A. No 1:08-3854   <u>MN No. 08-1439 PAM</u>
David Jeffrey Mourick v. Pfizer,  C.A. No. 1:08-3855   <u>MN No. 08-1440 PAM</u>

Attached is a certified copy of the Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action(s) to the